# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 94102
MAIN: (415) 436-7540
FAX: (415) 581-7410

**YADOR J. HARRELL, CHIEF U.S. PROBATION OFFICER**

| | | |
|---|---|---|
| **SUSAN PORTILLO** | | **NOEL BELTON** |
| *DEPUTY CHIEF U.S. PROBATION OFFICER* | | *ASST. DEPUTY CHIEF U.S. PROBATION OFFICER* |
| **JAMES SCHLOETTER** | | **VERONICA RAMIREZ** |
| *ASST. DEPUTY CHIEF U.S. PROBATION OFFICER* | | *ASST. DEPUTY CHIEF U.S. PROBATION OFFICER* |



January 6, 2016

The Honorable Maria-Elena James
United States Magistrate Judge

Re:  U.S. v. Nicole T. Arnaiz
     Docket No:  0971 3:13CR00617-001 MEJ
     **TRAVEL REQUEST**

Your Honor:

On May 9, 2014, the offender was sentenced by Your Honor to three years of probation, for a violation of the following: Count 1: 36 C.F.R. § 1004.23(a)(1)- Operating a Motor Vehicle Under the Influence of Alcohol, a Class B Misdemeanor. The following special conditions of supervision were ordered: drug testing and counseling, $1,000 fine, $10 special assessment, maintain proof of financial responsibility, complete an approved state-mandated First Offender DUI Program, 90 day driving restriction, and no driving with any measurable amount of alcohol on her breath or in her blood. Supervision commenced on May 9, 2014.

The offender is currently being supervised in the Eastern District of California. Her probation officer reports that Ms. Arnaiz is in full compliance with her conditions and is doing well. The offender is requesting permission to travel to Spain and Germany for a family vacation for a three week period in February and March 2016. The fine has been paid in full and both the undersigned and the Eastern District of California probation officer respectfully recommend that the travel be approved.

Respectfully submitted,                          Reviewed by:

_____                        _____
Robert Tenney                                    Aaron Tam
Supervisory U.S. Probation Officer               Supervisory U.S. Probation Officer

**RE:**   Arnaiz, Nicole                                                                                                   2
         0971 3:13CR00617-001 MEJ

---

Travel is:
☒ Approved
☐ Denied

    January 6, 2016
Date

_____
The Honorable Maria-Elena James
United States Magistrate Judge