# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 94102
MAIN: (415) 436-7540
FAX: (415) 581-7410

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**VERONICA RAMIREZ**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*



**JAMES SCHLOETTER**
*ADMINISTRATIVE MANAGER*

**NOEL BELTON**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

October 31, 2016

The Honorable Maria-Elena James
United States Magistrate Judge

Re:  U.S. v. Nicole T. Arnaiz
     Docket No:  0971 3:13CR00617-001 MEJ
     **TRAVEL REQUEST**

Your Honor:

On May 9, 2014, the offender was sentenced by Your Honor to three years of probation, for a violation of the following: Count 1: 36 C.F.R. § 1004.23(a)(1)- Operating a Motor Vehicle Under the Influence of Alcohol, a Class B Misdemeanor. The following special conditions of supervision were ordered: drug testing and counseling, $1,000 fine, $10 special assessment, maintain proof of financial responsibility, complete an approved state-mandated First Offender DUI Program, 90 day driving restriction, and no driving with any measurable amount of alcohol on her breath or in her blood. Supervision commenced on May 9, 2014.

The offender is currently being supervised in the Eastern District of California. Her probation officer reports that Ms. Arnaiz is in full compliance with her conditions and is doing well. The offender is requesting permission to travel to Bali, Indonesia for a family vacation on November 20, 2016 through November 28, 2016. The fine and special assessment have been paid in full and both the undersigned and the Eastern District of California probation officer respectfully recommend that the travel be approved. In addition, Ms. Arnaiz previously traveled to Spain, Germany, and Belize this year with permission from the Court and returned without incident.

The undersigned and the Eastern District of California probation officer respectfully recommend that the travel be approved. It is also requested that the Court provide the probation office with the discretion to approve any changes in travel dates, if necessary.

Respectfully submitted,                          Reviewed by:

_____                        _____
Alex Gerstel                                     Aaron Tam
U.S. Probation Officer                           Supervisory U.S. Probation Officer

NDC-SUPV-FORM-046 06/01/2015

**RE:** Arnaiz, Nicole T                                                                                                         2
       0971 3:13CR00617-001 MEJ

Travel is:

☒ Approved. In addition, the Court grants the probation office discretion to approve any changes in travel dates pertaining to this request, if necessary.

☐ Denied

_____October 31, 2016_____          _____
Date                                             The Honorable Maria-Elena James
                                                 United States Magistrate Judge

NDC-SUPV-FORM-046 06/01/15